DUDLEY *v.* ESTES, adm'x.　MASON *v.* ESTES, adm'x.

ATKINSON, J.　No error of law was committed, and the verdict is supported by the evidence.　*Judgment affirmed.　All the Justices concurring.*

Submitted April 19, — Decided June 9, 1897.

Levy and claim. Before Judge Gober. Forsyth superior court. February term, 1896.

*T. B. Irwin, A. H. Fisher* and *D. P. Lester*, for plaintiffs in error. *H. L. Patterson*, contra.